UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MAJOR RUSSELL,

     Plaintiff,                        Case No. 16-cv-11857
                                       Hon. Matthew F. Leitman

v.

CITY OF DETROIT, et al.,

     Defendants.

_____/

## ORDER TO APPEAR FOR STATUS CONFERENCE

**IT IS HEREBY ORDERED** that counsel for the parties shall appear at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Courtroom 110, Detroit, Michigan, on **Tuesday, October 2, 2018 at 10:00 a.m.** for a status conference.

**IT IS FURTHER ORDERED** that Jeffrey S. Burg shall serve a copy of this Order on Plaintiff by regular mail (and e-mail, if available) and shall file proof of such service with the Court.

**IT IS FURTHER ORDERED that Plaintiff Major Russell shall personally appear at the status conference on October 2, 2018 at 10:00 a.m.**

**IT IS SO ORDERED.**

                              s/Matthew F. Leitman_____
                              MATTHEW F. LEITMAN
                              UNITED STATES DISTRICT JUDGE

Dated:  September 19, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 19, 2018, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764